In the Matter of the Judicial Settlement of the Account of Proceedings of JAMES G. AFFLECK and ANNA F. WRIGHT, as Successor Trustees, and of the Account of ANNA W. PETER and JAMES G. AFFLECK, Executors of SARAH WILLIAMS, Deceased, as Successor Trustee under the Will of GEORGE LAW, Deceased.

ANNA F. WRIGHT, Individually and as Successor Trustee, etc., and Others, Appellants; ANNA W. PETER, Individually, Respondent.

Appeal from a decree of the Surrogate's Court of the county of New York, entered on the 17th day of June, 1913, so far as it failed to allow commissions to the appellants for receiving principal of estate upon their appointment as successor trustees.

PER CURIAM: Decree of the surrogate reversed and matter remitted to the Surrogate's Court with directions to allow half commissions to the trustees appellant, on the authority of *Matter of Baldwin* (157 App. Div. 897; affd., 209 N. Y. 601). Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Hotchkiss, JJ.